IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

BRUCE COLEMAN, individually and on
behalf of all other similarly situated,

    Plaintiff,

vs.                                                  Civil Action No. 2:11-cv-02647-STA-tmp
**CLASS ACTION**

MID-SOUTH ATMS, LLC,
                                                          **JURY TRIAL DEMANDED**

    Defendant.

---

### JOINT STIPULATION OF DISMISSAL OF
### COMPLAINT WITH PREJUDICE

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Bruce Coleman, and Defendant, Mid-South ATMs, LLC, hereby stipulate to dismissal of the named Plaintiff, Bruce Coleman, with prejudice.  Counsel for Plaintiff, Bruce Coleman has spoken with counsel for Mid-South ATMs, LLC, and obtained their permission to electronically sign this pleading.

                                                      Respectfully submitted,

                                                      s/B. J. Wade
                                                      B. J. Wade, Esq. (#05182)
                                                      **SKOUTERIS & MAGEE, PLLC**
                                                      Morgan Keegan Tower
                                                      50 North Front Street
                                                      Suite 920
                                                      Memphis, Tennessee  38103
                                                      (901) 526-2254 – telephone
                                                      (901) 526-4640 – facsimile
                                                      e-mail:  bwade@skouterismagee.com

**OF COUNSEL:**

Eric G. Calhoun, Esq.
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
(972) 934-4100 – telephone
(972) 934-4101 – facsimile
e-mail:  eric@travislaw.com

*Attorneys for Plaintiff and Proposed Class Counsel*


s/ Michael L. Frayser
Michael L. Frayser, Esq. (#019775)
1678 Vera Cruz Street
Memphis, Tennessee  38117
(901) 864-3023 - telephone
(888) 535-2404 – facsimile
e-mail:  mfrays@hotmail.com
*Attorney for Defendant*