*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

BRUCE COLEMAN, individually
and on behalf of all other
similarly situated

JUDGMENT IN A CIVIL CASE

v.

MID-SOUTH ATMS, LLC

CASE NO: 11-2647-A

---

**DECISION BY COURT.**   This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**   that in accordance with the Joint Stipulation Of Dismissal Of Complaint With Prejudice and the Joint Stipulation Of Dismissal Of Counter-Claim With Prejudice entered on October 28, 2011, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 10/28/2011

THOMAS M. GOULD
Clerk of Court

s/Terry L. Haley
(By)  Deputy Clerk